**Order entered December 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01431-CV

## TOWN OF HIGHLAND PARK, Appellant

## V.

## TIFFANY RENEE MCCULLERS, INDIVIDUALLY AND FOR THE BENEFIT OF CALVIN MARCUS MCCULLERS AND CALVIN BENNETT MCCULLERS AND ANF OF C.J., MINOR, AND SONYA HOSKINS, ET AL., Appellees

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-08709**

## ORDER

Before the Court is appellant's December 19, 2019 motion for extension of time to file its jurisdictional letter brief. We **GRANT** the motion and **ORDER** the jurisdictional letter brief filed on or before December 30, 2019. Appellant is cautioned that the failure to file the requested letter brief by that date could result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 42.3(a), (c).

/s/    BILL WHITEHILL
       JUSTICE
